**IN RE APPEAL OF FAYETTEVILLE HOTEL ASSOC.**

[342 N.C. 405 (1995)]

IN THE MATTER OF THE APPEAL OF FAYETTEVILLE HOTEL ASSOCIATES, A NORTH CAROLINA LIMITED PARTNERSHIP, FROM THE APPRAISAL OF CERTAIN REAL PROPERTY BY THE CUMBERLAND COUNTY BOARD OF EQUALIZATION

No. 619A94

(Filed 8 December 1995)

Appeal by petitioner pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 117 N.C. App. 285, 450 S.E.2d 568 (1994), affirming an order of the North Carolina Property Tax Commission entered on 29 October 1993. Heard in the Supreme Court 13 November 1995.

*Sandman & Strickland, P.A., by Nelson G. Harris, for petitioner-appellant.*

*Danny G. Higgins, Deputy County Attorney, for respondent-appellee.*

PER CURIAM.

AFFIRMED.

Justice ORR did not participate in the consideration or decision of this case.